THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of JAMES BISHOP, Respondent, v. SAMUEL GALE, Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of GEORGE ALLEN, Petitioner, Appellant, for an Order Pursuant to Article 78 of the Civil Practice Act, against JAMES E. FINEGAN and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

NATHANIEL BECKER, Appellant, v. JOHN L. BUCKLEY, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Final Inventory and Account of EMPIRE TRUST COMPANY and RAYMOND J. SCULLY, Committee of the Estate of CHARLES CURIE, an Incompetent Person, Deceased. SECOND NATIONAL BANK OF PATERSON, as Executor, etc., Appellant; EMPIRE TRUST COMPANY and RAYMOND J. SCULLY, as Committee for CHARLES CURIE, etc., Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to all parties appearing by separate attorneys and filing separate briefs herein, payable out of the estate. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.; Cohn, J., taking no part.

ARTHUR A. WALTER, Appellant, v. DOLOMITE MARINE CORPORATION, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

H. ROSENHIRSCH COMPANY, INC., Respondent, v. NEDERLANDSCH INDISCHE HANDELSBANK, N. V., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted, on the ground that the papers do not show sufficient evidentiary facts to justify the granting of a warrant of attachment. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Liquidation of LAWYERS TITLE AND GUARANTY COMPANY. In the Matter of the Application of THE MORTGAGE COMMISSION OF THE STATE OF NEW YORK, Respondent, for an Order with Respect to Investments in Mortgage No. 400846 of LAWYERS TITLE AND GUARANTY COMPANY Affecting Premises N/E/C Lexington Avenue and 50th Street, Known as Beverly Hotel, Manhattan, New York. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of LAWYERS TITLE AND GUARANTY COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of GOSHO SALES CORPORATION, Respondent, Appellant, to Compel Arbitration by TANENBAUM TEXTILE Co., INC., Appellant, Respondent.— Order unanimously affirmed, without costs. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

ALBERT E. POLLOCK, Respondent, v. RADIUM EMANATION CORPORATION, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of THELMA MOORE, Respondent, v. SAM FAGIN, Appellant.— There being no opposition, order unanimously reversed, without costs and motion for the blood grouping test granted. (Inferior Criminal Courts Act, §§ 60, 64, subd. 1, and § 67, subd. 1-a.) Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.